04-13-00818-CR
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 2:49:11 PM
Accepted 7/17/2015 11:21:34 AM
ABEL ACOSTA
CLERK



# NICHOLAS "NICO" LAHOOD

### Criminal District Attorney

Bexar County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

July 16, 2015

July 17, 2015

ABEL ACOSTA, CLERK

Honorable Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Mark Anthony Garcia v. The State of Texas
Cause No. 04-13-000818-CR

Dear Mr. Acosta:

The State has received a copy of the Petition for Discretionary Review filed by the Appellant in this matter. The State waives its right to respond to the Petition for Discretionary Review. However, if the Court grants the Petition, the State will file a brief on the merits.

If you have any questions, please feel free to call.

Sincerely yours,

/s/ Lauren Scott
LAUREN SCOTT
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2885
S.B.N. 24066843

cc: *Mark Anthony Garcia*
*Pro Se*
*Garza West Unit*
*4250 Hwu 202*
*Beeville, Texas 78102*

Attorney for the State